JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
MATSON NAVIGATION COMPANY

BRODSKY MICKLOW BULL & WEISS LLP
Edward Bull III, State Bar No. 141966
Kurt Micklow, State Bar No. 113974
1070 Marina Village Parkway, Suite 200
Alameda CA 94501
Telephone: (510) 268-6180
Facsimile:  (510) 268-6181

Attorneys for Plaintiff
ALEXANDER MAHIMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MAHIMER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MATSON NAVIGATION COMPANY and DOES 1-5 in personam, and the S/S RJ PFEIFFER, her engines, tackle, apparel, furniture, and appurtances, in rem,<br><br>                    Defendant. | Case No. 15-cv-04619-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Trial Date:    December 5, 2016<br>Time:          8:30 a.m.<br>Place:         Crtrm. No. 12, 19th Floor |

WHEREAS, Defendant MATSON NAVIGATION COMPANY ("Defendant") and Plaintiff ALEXANDER MAHIMER ("Plaintiff") (collectively referred to as the "Parties") previously stipulated to, and the Court ordered, the following discovery deadlines:

- Last Day to Complete Fact Discovery:  September 2, 2016;

- 1 -

•   Last Day to for Expert Disclosures:  September 30, 2016; and,

•   Last Day to Compete Expert Discovery:  October 28, 2106.

WHEREAS, the Court confirmed in its June 14, 016 Civil Minute Order that the parties may agree to extend fact discovery deadlines by stipulation.

WHEREAS, the Parties have diligently engaged in discovery since the initiation of this matter but are still in the process of finalizing those efforts as Plaintiff has returned to sea, other crew members spend prolonged periods of time at sea and the Vessel does not frequently call on ports in the United States.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the Parties that the following discovery deadlines be extended as follows:

•   Last Day to Complete Fact Discovery:  October 2, 2016;

•   Last Day for Expert Disclosures:  November 4, 2016 (except IME exam and report); and,

•   Last Day to Compete Expert Discovery:  November 21, 2016.

DATED:  August 31, 2016

/s/ Jennifer M. Porter
JOHN D. GIFFIN
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
MATSON NAVIGATION COMPANY

DATED:  August 31, 2016

/s/ Edward M. Bull III
EDWARD M. BULL III
KURT MICKLOW
BRODSKY MICKLOW BULL & WEISS, LLP
Attorneys for Plaintiff
ALEXANDER MAHIMER

- 2 -
STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES - Case No. 15-cv-04619-WHO
KYL4825-5476-0754.1

## ORDER

Having reviewed the Stipulation of the Parties and finding good cause, IT IS HEREBY ORDERED that the following discovery deadlines be extended as follows:

- Last Day to Complete Fact Discovery: October 2, 2016;
- Last Day for Expert Disclosures: November 4, 2016 (except IME exam and report); and,
- Last Day to Compete Expert Discovery: November 21, 2016.

**IT IS SO ORDERED.**

DATED: 9/5/2016

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES - Case No. 15-cv-04619-WHO
KYL4825-5476-0754.1